■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAL ADAMSON, Appellant. [28 NYS3d 595]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered July 17, 2013, convicting defendant, upon his plea of guilty, of two counts of attempted murder in the second degree, and sentenc-

ing him to concurrent terms of seven years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for a youthful offender determination, and otherwise affirmed.

As the People concede, based on *People v Rudolph* (21 NY3d 497 [2013]), defendant is entitled to resentencing for an express youthful offender determination. Concur—Sweeny, J.P., Renwick, Saxe, Gische and Kahn, JJ.